No. 46836.—Protest 59098–K of Quong Wah Yuen Co. (San Francisco).

Opinion by CLINE, J. In accordance with stipulation of counsel that the items in question are the same in all material respects as those the subject of *Oy Wo Tong Co.* v. *United States* (5 Cust. Ct. 70, C. D. 372) the claim for free entry under paragraph 1669 was sustained.

No. 46837.—Protest 837030–G of R. W. Gresham (Cleveland).

Opinion by CLINE, J. When the case was called for trial the protest was submitted without evidence in support of the claim made. There was nothing in the record to overcome the presumption of correctness attaching to the collector's decision. The protest was therefore overruled.

No. 46838.—Protest 51311–K of Ellis Silver Co., Inc. (New York).

Opinion by CLINE, J. When the case was called for trial it was submitted without the introduction of evidence in support of the claims made. There being nothing in the record to overcome the presumption of correctness attaching to the collector's action the protest was overruled.

BEFORE THE FIRST DIVISION, JANUARY 19, 1942

No. 46839.—Protest 908–K of Wm. Markus (New York).

Opinion by WALKER, J. In accordance with Abstract 43642 the lift vans in question were held entitled to free entry as claimed.

No. 46840.—Protests 17057–K, etc., of Ciba Co., Inc. (New York).

Opinion by WALKER, J. It was stipulated that only 29 percent of the Silvatol I consists of merchandise subject to tax. In accordance therewith it was held that 29/100 of the Silvatol I in question is subject to tax at 3 cents per pound as claimed.

No. 46841.—Protest 60616–K/90406 of Judson-Sheldon Corp. (Chicago).

Opinion by WALKER, J. In accordance with stipulation of counsel that the merchandise consists of onyx the same in all material respects as that the subject of Abstract 45347 the claim at 30 percent under paragraph 214 was sustained.